168 A.3d 1163

VENDORPASS, INC., PLAINTIFF–PETITIONER, v. TEXO SOLU-
TIONS, L.L.C., TEXO ENTERPRISE SOLUTIONS, L.L.C., DE-
FENDANTS, AND COLUMBIA BANK, DEFENDANT–RESPON-
DENT.

May 19, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004015–14
having been submitted to this Court, and the Court having consid-
ered the same;

It is ORDERED that the petition for certification is denied,
with costs.

168 A.3d 1163

IN THE MATTER OF THE ESTATE OF
ARTHUR E. BROWN, DECEASED.

May 10, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001086–14
having been submitted to this Court, and the Court having consid-
ered the same;

It is ORDERED that the petition for certification is denied,
with costs.